UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE STANDARD FIRE INSURANCE COMPANY
a/s/o ALBERT W. HESSE, JR.,                              2:16-cv-06585-LDW-SIL

                    Plaintiff,           **STIPULATION OF DISMISSAL**
                                                                           **PURSUANT TO F.R.C.P. 41(a)(A)(ii)**

- against -

SENIX MARINE, LLC,

                    Defendant.
-----------------------------------------------------------------X

This matter having been settled in the amount of $30,000.00, now pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs to any parties, without prejudice to reopen within sixty (60) days if settlement funds are not received.

Dated: New York, New York
            January 12, 2018

| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>*Attorneys for Plaintiff*<br><br>BY: _____<br>WILLIAM R. CONNOR III<br>Wall Street Plaza<br>88 Pine Street – 21st Floor<br>New York, NY 10005-1801<br>(212) 376-6400<br>(19272.00203) | Kowalski & DeVito<br>*Attorneys for Defendant*<br><br>BY: *B. Corsair*<br>BRADLEY J. CORSAIR<br>80 Pine Street, Suite 300<br>New York, NY 10005<br>(718) 250-1100<br>File # NYNY-32352 |

SO ORDERED:

_____
United States District Judge
Honorable Leonard Wexler

LEGAL/114003535.v1