UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE STANDARD FIRE INSURANCE COMPANY
a/s/o ALBERT W. HESSE, JR.,

                    Plaintiff,

- against -

SENIX MARINE, LLC,

                    Defendant.
-----------------------------------------------------------------X

2:16-cv-06585-LDW-SIL

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(A)(ii)**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 18 2018 ★

LONG ISLAND OFFICE

This matter having been settled in the amount of $30,000.00, now pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs to any parties, without prejudice to reopen within sixty (60) days if settlement funds are not received.

Dated: New York, New York
       January 12, 2018

| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>*Attorneys for Plaintiff*<br><br>BY: _____<br>WILLIAM R. CONNOR III<br>Wall Street Plaza<br>88 Pine Street – 21st Floor<br>New York, NY 10005-1801<br>(212) 376-6400<br>(19272.00203) | Kowalski & DeVito<br>*Attorneys for Defendant*<br><br><br>BY: *B. Corsair*<br>BRADLEY J. CORSAIR<br>80 Pine Street, Suite 300<br>New York, NY 10005<br>(718) 250-1100<br>File # NYNY-32352 |

SO ORDERED:

*Leonard D. Wexler*
U.S.D.J.

Central Islip, NY
1/18/18

LEGAL/114003535.v1